**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION**
_____/

DAVID GARRISON,

       Plaintiff,

-vs-                                                                         Case No:

DANN OCEAN TOWING, INC.

       Defendant.
_____/

O'BRYAN BAUN KARAMANIAN
DENNIS M. O'BRYAN
Attorney for Plaintiff
401 S. Old Woodward, Suite 463
Birmingham, MI  48009
(248) 258-6262
(248) 258-6047 - fax
dob@obryanlaw.net
_____/

## **COMPLAINT**

    **NOW COMES** Plaintiff, by and through counsel undersigned, O'BRYAN BAUN KARAMANIAN, complaining against Defendant as follows:

    1.    Jurisdiction and venue lie in this action, Defendant conducting business within this forum's boundaries.

    2.    Jurisdiction is founded under the Jones Act (46 USCA 30104) for negligence, and under the General Maritime Law for unseaworthiness, maintenance, cure, and wages.

    3.    At all times material to issues herein Plaintiff served as an employee of Defendant serving as a crew member aboard its vessels, with all acts and/or omissions giving rise to this action occurring in the course of Plaintiff's employment in the service of his ship.

4.      On or about October 12, 2015, Plaintiff was in the course of his employment when he was peremptorily ordered without adequate assistance and/or equipment and appurtenances, and to handle unreasonably heavy lines, when because of said failure to provide a safe place to work and seaworthy vessel he was injured.

5.      Defendant's tortious acts aforesaid caused or contributed to Plaintiff's damages, *inter alia*, as follows:

      a.   Pain and suffering, past future;

      b.   Mortification, humiliation, fright shock and embarrassment;

      c.   Loss of earnings and earning capacity;

      d.   Hospital, pharmaceutical and other cure expenses;

      e.   Aggravation of prior condition, if any there be;

      f.   Inability to engage in social, recreational, and other pursuits previously enjoyed;

      g.   Mental anguish;

      h.   Found;

      i.   Maintenance, cure, wages and/or attorney fees.

**WHEREFORE,** Plaintiff demands trial by jury and judgment against Defendant, together with interest, costs, attorney fees and expenses, all to be methodically adjusted upwards during the pendency of this cause.

      O'BRYAN BAUN KARAMANIAN

      /s/ Dennis M. O'Bryan
      DENNIS M. O'BRYAN
      Attorneys for Plaintiff
      40l S. Old Woodward, Suite 463
      Birmingham, MI   48009
      (248) 258-6262
      dob@obryanlaw.net

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION**
_____/

DAVID GARRISON,

      Plaintiff,

-vs-                                        Case No:

DANN OCEAN TOWING, INC.

      Defendant.
_____/

O'BRYAN BAUN KARAMANIAN
DENNIS M. O'BRYAN
Attorney for Plaintiff
401 S. Old Woodward, Suite 463
Birmingham, MI   48009
(248) 258-6262
(248) 258-6047 - fax
dob@obryanlaw.net
_____/

## **DEMAND FOR TRIAL BY JURY**

      **NOW COMES** Plaintiff by and through counsel undersigned, O'BRYAN BAUN KARAMANIAN, and hereby demands trial by jury in the above-referenced cause of action.

                                        O'BRYAN BAUN KARAMANIAN

                                        /s/ Dennis M. O'Bryan
                                        DENNIS M. O'BRYAN
                                        Attorneys for Plaintiff
                                        40l S. Old Woodward, Suite 463
                                        Birmingham, MI   48009
                                        (248) 258-6262
                                        dob@obryanlaw.net

Dated:   January 12, 2016